IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-cv-16

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TANISHA SALMON a/k/a TANISHA CHAMBERS and RAEFORD LEWIS, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF DEFAULT AGAINST RAEFORD LEWIS**

Pursuant to Fed. R. Civ. P. 55(a), default is entered against the defendant Raeford Lewis on the 5th day of February, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge